IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 JUN 24 PM 4:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| PEAT, INC., an Alabama Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION CV-99-BE-2553NE |
| ) | |
| VANGUARD RESEARCH ) | |
| INCORPORATED, a Virginia ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING UNDER SEAL OF DEFENDANT, VANGUARD'S MOTION IN LIMINE TO EXCLUDE OPINIONS OF PEAT'S DAMAGES EXPERT, DAVID G. BORDEN

The defendant, Vanguard Research Incorporated files its Motion in Limine to Exclude Opinions of Peat's Damages Expert, David G. Borden under seal, including the Motion and all supporting evidentiary submissions.

Respectfully submitted,

Gary C. Huckaby
Joseph S. Bird

BRADLEY ARANT ROSE & WHITE LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Telephone: (256) 517-5100
Facsimile: (256) 517-5200

placed in vault

170

Thomas R. Folk (pro hac vice)
REED SMITH HAZEL & THOMAS LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: (703) 641-4294
Facsimile: (703) 641-4340

Attorneys for Vanguard Research, Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing were served by facsimile and first-class mail, postage prepaid, this _24th_ day of June, 2002, on the following:

> Jere L. Beasley, Esq.
> Rhon E. Jones, Esq.
> J. Mark Englehart, Esq.
> Benjamin H. Albritton, Esq.
> Larry A. Golston, Jr., Esq.
> Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
> Post Office Box 4160
> Montgomery, Alabama 36103

_____
OF COUNSEL